

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00237-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC D/B/A/ ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Nicole Garza, Judge Presiding

# O R D E R

Appellee's brief was originally due August 2, 2021. When neither the brief nor a motion for extension of time was filed, the court ordered appellee's brief filed by August 16, 2021.

Appellee has filed a motion for a 30-day extension of time from the original deadline in order to file the brief by September 1, 2021. We grant the motion and **order** appellee's brief filed by **September 1, 2021**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court